MANARROW REALTIES, INC., Appellant, v. E. J. CONRAD CORPORATION and
Another, Respondents, Impleaded with FREDERICK BOND and Others,
Defendants.

*Trial — motion by defendants to set case down for immediate trial should have been
denied as in contravention of Civil Practice Act, § 433, and Rules of Civil Practice,
rule 150, case not being at issue — if plaintiff does not act in reasonable time
defendant may have relief under Civil Practice Act, § 123.*

Appeal from so much of an order of the Supreme Court, made at the New York
Special Term and entered in the New York county clerk's office on October 21,
1927, as grants the motion of the defendant E. J. Conrad Corporation to set the
action herein for immediate trial.

PER CURIAM.   While the order appealed from is in the interest of substantial
justice, it must be reversed because it contravenes the provisions of the Civil
Practice Act and the rules.   (Civ. Prac. Act, § 433; Rules Civ. Prac. rule 150.)
In the event that the plaintiff does not act with reasonable dispatch, the respond-
ents will be entitled to relief under section 123 of the Civil Practice Act.   We are
unable to glean from the complaint any reason why the defendants Bond and
Arms were made parties defendant.   The complaint is verified by the defendant
Bond and the respondents may well hereafter be entitled to assert that the failure
to effect service on and to receive an answer from the respondents Bond and Arms
affords no valid reason why the plaintiff should not promptly notice this case for
trial.   This reversal should be deemed without prejudice to any remedies that
the respondents may hereafter assert to secure an immediate trial of this case,
or in the alternative seek the cancellation of the notice of pendency of action
under the provisions of section 123 of the Civil Practice Act.   It should not be
construed by the respondents as any intimation that this court does not believe
that the duty rests upon the appellant to bring this cause on for trial at the earliest
possible moment and should be without prejudice to the right of the respondents
to move for preference as soon as the case has been noticed for trial.   The order
so far as appealed from should be reversed and defendants' motion denied, without
costs.   Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.
Order so far as appealed from reversed, without costs, and motion denied.
Settle order on notice.